In re Estate of Blanche S. Charters, Deceased.
Grace Miller and Guy Miller, Appellants, v. Robert L.
Warner, Administrator of Estate of Blanche S.
Charters, Deceased, Appellee.

Gen. No. 10,170.

opinion filed December 5, 1947; rehearing denied January 16,
1948; released for publication January 16, 1948.   Besse & Besse, for
appellants; Warner & Warner, for appellee; Henry C. Warner and
George F. Nichols, of counsel.   Opinion by JUSTICE BRISTOW.   Not to be
published in full.

John B. Fowler, Appellant, v. First National Bank and
Trust Company of Evanston et al., Appellees.

Gen. No. 44,123.

opin-
ion filed December 10, 1947; released for publication January 16, 1948.
Root & Harman, for appellant; Wolff, Keane & Gomberg and Hansen &
Towle, for appellees; Oscar M. Wolff, Thomas E. Keane and Roland
Towle, of counsel.   Opinion by PRESIDING JUSTICE LEWE.   Not to be
published in full.